AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:24PO00389-01** |
| **JAMES T PEARCE** | Defendant's Attorney: Lisa Lumeya, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to violation  __E2069352__  Violation Notice.
[ ] pleaded nolo contendere to count(s) ___, which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 4.30(h)(1) | Bicycle Riding Off of Park Roads and Parking Areas Not Authorized For Bicycle Use | 12/28/2023 | violation E2069352 |

   The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Violation __E2069351__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.         [✓] Appeal rights waived.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/6/2024
Date of Imposition of Judgment

*/s/ Helena M. Barch-Kuchta*
Signature of Judicial Officer
**Helena M. Barch-Kuchta**, United States Magistrate Judge
Name & Title of Judicial Officer
11/12/2024
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JAMES T PEARCE**  
CASE NUMBER: **6:24PO00389-01**

Page 2 of 4

## PROBATION

The defendant is hereby sentenced to probation for a term of:  
<u>12 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant shall pay a fine of $340.00 and a processing fee of $10.00 for a total financial obligation of $350.00, the $10.00 special assessment which shall be due immediately and the fine of $340.00 which shall be paid in full by 2/7/2025. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CENTRAL VIOLATIONS BUREAU  
    PO BOX 780549  
    San Antonio, TX 78278

    Or, PAY ONLINE:  
    www.cvb.uscourts.gov

5. The defendant is ordered to personally appear for a Probation Review Hearing on 9/9/2025 at 10:00 am before U.S. Magistrate Judge Helena Barch-Kuchta.

    Two weeks before the Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" attached to this judgment and available on the court webpage. The government shall provide a criminal history check.

6. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

7. Other: The defendant shall report to the US Marshals Office in Fresno for post plea processing by no later that 11/12/2024 at 4:00 PM.

8. Other: The defendant is banned from Yosemite National Park during the first three months of his probation. The Defendant shall remove all content related to biking in closed areas of Yosemite National Park on social media platforms. This includes: 2 "reels" on the Instagram account "VCAdventureTime", a video entitled "A Secret Entrance Into Yosemite" and a short with the same title posted on YouTube under the account :TheVCAdventures". 2 STRAVA posts showing his route into the parkand through Mariposa Grove on 12/28/2023 and 1/1/2024. Any other references to this activity that the Government has not been made aware of. The defendant shall file a notice of compliance by 11/15/2024. The defendant shall discontinue paid guided rides in Yosemite National Park, including those listed on www.theimpossibleroute.com and www.yosemitecyclingcamp.com. The defendant shall remove any content promoting this activity from the websites and social media accounts.

AO 245B-CAED (Rev. 09/2019) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **JAMES T PEARCE**  
CASE NUMBER: **6:24PO00389-01**

Page 3 of 4

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

**TOTALS**

| Processing Fee | Assessment | AVAA Assessment* | JVTA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| | $10.00 | | | $340.00 | |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[ ]  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ]  Restitution amount ordered pursuant to plea agreement $ ___

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]   The interest requirement is waived for the     [ ] fine     [ ] restitution

   [ ]   The interest requirement for the     [ ] fine     [ ] restitution is modified as follows:

[ ]  If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ]  Other:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 6:24-po-00389-HBK    Document 13    Filed 11/12/24    Page 4 of 6

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **JAMES T PEARCE**                                                                                 Page 4 of 4
CASE NUMBER: **6:24PO00389-01**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A.    [✓]    Lump sum payment of $ __350.00__ $10.00 special assessment due immediately, balance due

                [✓]    Not later than __2/7/2025__ , or

                [✓]    in accordance       [ ] C,      [ ] D,      [ ] E, or      [✓] F below; or

B.    [ ]    Payment to begin immediately (may be combined with      [ ] C,      [ ] D,     or [ ] F below); or

C.    [ ]    Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D.    [ ]    Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E.    [ ]    Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F.    [✓]    Special instructions regarding the payment of criminal monetary penalties:

               [✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
                  [✓] CENTRAL VIOLATIONS BUREAU
                    PO Box 780549
                    San Antonio, TX 78278
                    1-800-827-2982

                    Or, PAY ONLINE:
                    www.cvb.uscourts.gov

               Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of your gross monthly income. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalties at any time, as prescribed by law.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
|         Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| Click here to enter text., | ) | |
|         Defendant. | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**

**Sentence Date:**	Click here to enter a date.

**Review Hearing Date:** Click here to enter a date.

**Probation Expires On:** Click here to enter a date.

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒	**Obey all federal, state and local laws**; and

☐	**Monetary Fines & Penalties in Total Amount of:** $	which Total Amount is made up of a Fine: $	Special Assessment: $	Processing Fee: $ Choose an item. Restitution: $

☐	Payment schedule of $	per month by the	of each month.

☐	**Community Service hours Imposed of:**

☐	**Other Conditions:**

### *COMPLIANCE:*

☐	Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐	Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐	To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:	Date: Click here to enter a date.
                                                                    Amount:

☐	To date, Defendant has performed Click here to enter text.  hours of community service.

☐	Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at    Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: Click here to enter a date.

_____
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

_____
**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge